

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00229-CV

Rambhotla **KAUSHIK**,
Appellant

v.

**CL AGAVE, L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021-CV-03013
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:  Luz Elena D. Chapa, Justice
          Irene Rios Justice
          Beth Watkins, Justice

Delivered and Filed: September 21, 2022

DISMISSED FOR WANT OF PROSECUTION

Rambhotla Kaushik appeals the trial court's final judgment signed April 5, 2022. Appellant's brief was due August 15, 2022, but neither the brief nor a motion for extension of time was filed. On August 22, 2022, we ordered appellant to file, not later than September 1, 2022, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3 (court may dismiss appeal for want of prosecution or because appellant has failed

to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

Accordingly, this appeal is dismissed.

PER CURIAM